Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| BARRY ROUSE </br>*Plaintiff* </br>v. </br>MIG CAPITAL MANAGEMENT, INC. </br>*Defendant* | ) </br>) </br>) </br>) Civil Action No. </br>) </br>) 1:10-CV-2474 </br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MIG Capital Management, Inc.
c/o its registered agent: Maritza Scilla
5811 Memorial Hwy., #208
Tampa, FL 33615

19

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Feagle, Esq.
Skaar & Feagle, LLP
108 E. Ponce de Leon Avenue, Suite 204
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 09 AUG 2010

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* Mig Capital Management Inc
was received by me on *(date)* August 19, 2010.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* David Carpenter , who is
[written above: Corporate Service]
designated by law to accept service of process on behalf of *(name of organization)* Mig Capital Management Inc
30 August 2010 on *(date)* 10:09 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/30/10

Richard Perez #3345
*Server's signature*

Richard Perez #3345
*Printed name and title*

2008 E. 8th Ave Tampa, FL 33601
*Server's address*

Additional information regarding attempted service, etc:

2010 AUG 19 AM 9 36
HILLSBOROUGH CO SHERIFF
CIVIL PROCESS

021266

```
BARRY ROUSE                                                                  1 10-CV-247 4 GA    1
                          MIG CAPITAL MANAGEMENT INC
OOS                                    X
                                                              SET           TIME
1           SERVED TO:                                                              LUZ
            MIG CAPITAL MANAGEMENT INC                                              19

            5811 MEMORIAL HWY #208
            C/O ITS REGISTERED AGENT MARITZA SCILLA
            TAMPA FL 33615                       21266

            ATTORNEY:
            SKAAR & FEAGLE LLP
            108 E PONCE DE LEON AVE STE204
            DECATUR GA 30030                     21 DAYS
            (404) 373-1970                       C/O ITS REGISTERED AGENT: MARITZA SCILLA
```

Received this process on __08/19/2010__, _____ , and served the same on __MIG CAPITAL MANAGEMENT INC__

at __10:09__ A.M. on __8__, __30__, __10__ in Hillsborough County, Florida.

[ ] INDIVIDUAL SERVICE: Pursuant to F.S. 48.031(1)
[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(1) by serving
    _____ / _____
         name                    relationship
[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(2)(a)(Spouse) by serving
    _____ / _____
         name                    address served at
[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(2)(b)(Manager) by serving
    _____ / _____
         name                    title
[ ] SUBSTITUTE SERVICE: Pursuant to F.S. 48.031(4)(a)(Designated person) by serving
    _____
         name
[ ] MINOR SERVICE: Pursuant to F.S. 48.041 by serving
    _____ / _____
         name                    relationship
[ ] INCOMPETENT SERVICE: Pursuant to F.S. 48.042 by serving
    _____ / _____
         name                    title
[ ] PARTNERSHIP SERVICE: Pursuant to F.S. 48.061 by serving
    _____ / _____
         name                    title
[X] CORPORATE SERVICE: Pursuant to F.S. 48.081(1)(2) or (3) by serving
    __David Carpenter__ / __Manager (Office)__ / __MIG Capital Management Inc__
         name                    title                    corporate name
[ ] PUBLIC AGENCY SERVICE: Pursuant to F.S. 48.111 by serving
    _____ / _____ / _____
         name                    title                    agency

[ ] POSTED: Pursuant to F.S. 48.183(residential-landlord/tenant) by posting at
    _____
         (address)
[ ] POSTED: Pursuant to F.S. 83.22(non-residential removal of tenant) by posting at
    _____
         (address)
[ ] POSTED: Pursuant to F.S. 83.62(eviction) by posting at
    _____
         (address)
[ ] POSTED: Pursuant to F.S. 78.065(2)(c)(replevin-order to show cause) by posting at
    _____
         (address)
[ ] POSTED: Pursuant to F.S. 197.522(2)(tax warrant) by posting at
    _____
         (address)
[ ] NON-SERVICE: on _____ on ___, ___, ___ for the
                         name                      month day year
    following reason: _____

8/24 1156 Business doors locked
8/25 1138 Business closed
8/26 0709 wet carton Door always locked

REMARKS: Served at Suite #206 is where they are now
Served between 10+12 to office Mgr David Carpenter

DAVID GEE, SHERIFF
Hillsborough County, Florida

HSCO(CP) 4031 Rev. 5/06    ORIGINAL    BY: _____ D.S.

| Barry Rouse | vs. | Mtg Capital Management Inc | OOS | 1 10-cv-247 4 GA |
|---|---|---|---|---|
| Plaintiff | | Defendant | Type of Process | Case # |
| ☐ Circuit Court | | ☐ County Court | | |

☒ 8. Out of State Fee     8/19/10

☐ 9. D & I & Shfs Cost

☐ 10. Rep, Poss, Att. & Distr. Writ     $70

☐ 11. Insolv./Payoff

☐ 12. Proceeds/Adv. Deposit     R# 21266

☐ 13. Misc.

☐ 14. Copies

Attorney: Skaar & Feagle LLP
108 E Ponce De Leon Ave
Ste 204
Decatur, GA 30030
(404) 373-1970

Summons    $40
OOS        $30
           ─────
           $70

(ck) 1581

BARRY ROUSE
MIG CAPITAL MANAGEMENT INC                                   1 10-CV-247 6 GA    1

008

| | | | SET | TIME | |
|---|---|---|---|---|---|
| SERVED TO: | | X | | | LUZ |
| | MIG CAPITAL MANAGEMENT INC | | | | 19 |
| | 5811 MEMORIAL HWY #206 | | | | |
| | C/O ITS REGISTERED AGENT MARITZA SCILLA | | | | |
| | TAMPA FL 33615 | | 21266 | | |
| ATTORNEY: | | | | | |
| | SKAAR & FEAGLE LLP | | | | |
| | 108 E PONCE DE LEON AVE STE204 | | 21 DAYS | | |
| | DECATUR GA 30030 | | C/O ITS REGISTERED AGENT: MARITZA SCILLA | | |
| | (404) 373-1970 | | | | |

06/19/2010                                                     MIG CAPITAL MANAGEMENT INC

1009A    8  30  10

Your papers were received this date for service and have been assigned the above receipt number.

David Gee, Sheriff

By: COURT PROCESS SECTION
(813) 242-5206 or 242-5203

*David Carpenter  Manager (of the) MG Capital Management Inc*

8/24 1156 Buisness Doors Locked          Served at Suite #206 is where they are NOW
8/25 1138 Buising Closed                 Served between 10+12 to office Mgr David Carpenter
8/26 0719 went...
Door, always locked                                              R.H. #335

RECEIPT

# C  Document 3  Filed

HILLSBOROUGH COUNTY
SHERIFFS DEPARTMENT

08/19/2010           9:46AM
000004-273             0006

SUMMONS              $40.00
OUT OF STATE         $30.00

CHECK               $70.00