

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 20 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE NITED STATES DISTRICIT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARRY ROUSE

    Plaintiff,

v.

MIG CAPITAL MANAGEMENT, INC.

    Defendant.
_____/

CIVIL ACTION FILE: 1:10-CV-247 4

NO.:

# RESPONSE TO COMPLAINT FOR DAMAGES

**COMES NOW**, Defendant, MIG CAPITAL MANAGEMENT, pro se, and responds to the Plaintiff, Barry Rouse, COMPLAINT FOR DAMAGES as follows:

## INTRODUCTION

1. Disagree.  The Defendant has not violated the FDCPA.

## SUBJECT MATTER JURISDICTION

2. Agree.
3.

## PARTIES AND PERSONAL JURISDICCTION

3. Agree.

4. Agree.

5. Agree.

6. Disagree.  The Defendant has not violated the FDCPA.

7. Agree.

8. Agree.

9. Agree.

## FACTS COMMON TO ALL CAUSES

10. Agree.

11. Agree.

12. Agree.

13. Agree.

14. Agree.

15. Disagree. The Defendant has not violated the FDCPA.

16. Disagree/Agree. The Defendant has not violated the FDCPA. The Defendant left a series of telephone messages beginning on June 22, 2010 through August 23, 2010. (See Exhibit I)

17. Disagree.

18. Disagree.

19. Disagree.

20. Disagree.

21. Disagree.

22. Disagree.

23. Disagree.

24. Disagree.

## CAUSE OF ACTION

## FAIR DEBT COLLECTION PRACTICES ACT

25. Disagree.

26. Disagree.

27. Disagree.

28. Disagree.

29. Disagree.

30. Disagree.

31. Disagree.

32. Disagree.


**WHEREFORTH,** Plaintiff, has failed to prove beyond a preponderance of evidence that the Defendant, has violated the FDCPA, and prays this Honorable Court dismiss any and all such actions.

Respectfully submitted,

Raul Mangal
MIG Capital Management, Inc.
5811 Memorial Hwy. Suite 206
Tampa, Florida  33615


I certify that a true copy of the foregoing was sent via US Mail on this __17__ day of September, 2010 to:

        Skaar & Feagle, LLP
        108 East Ponce de Leon Avenue
        Suite 204
        Decatur, GA  30030

        United States District Court
        Northern District of Georgia

Richard B Russell Building
75 Spring Street, SW
Atlanta, GA  30303-3361

```
/26/2010 10:07:11 ATY IGO : Old Debtor->Home: '7062766266'
/26/2010 10:05:07 HOT IGO : DO NOT CALL THIS DEBTR
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
/23/2010 09:29:39 HOT JAY : CLL L/M
/06/2010 16:03:06 HOT JAY : ****LAST CLL TO DBTR L/M
/06/2010 16:01:19 HOT JAY : Old Debtor->Cell: '7065153300'
/03/2010 14:35:54 HOT TLB : LMOM 6266**
/02/2010 12:32:03 ACT JAY : HOT ACCOUNT
/02/2010 12:19:22 ACT JAY : **************DBTR SON CLL IN ASKING QUESTION
OUT THE CALL MADE I REF TO TLK TO HIM CID  706-889-0712
/02/2010 12:14:04 ACT JAY :
LATIVE BENJAMINE ROUSE : CLL POSS # 706) 889-0712 BEN SD HE DOSENT KNOW ANY
FO ABOUT THE DBTR HNG UP
/02/2010 12:06:40 ACT JAY : ****POSS RELATIVE 706) 515-3300
/02/2010 12:03:51 ACT JAY : CLL POSS # L/M
/29/2010 12:06:25 ACT RMA : Account is on Dialer
/19/2010 12:03:39 ACT RMA : Account is on Dialer
/28/2010 14:33:19 NEW JAY : CLL L/,
/28/2010 14:32:11 NEW JAY : CLL L/M TO CLL ME BCK
/28/2010 14:32:11 NEW JAY : Old Debtor->POE#: '0080000000'
/28/2010 14:32:07 NEW JAY : Old Debtor->Home: '0082766266'
/28/2010 14:31:48 NEW JAY : 706-276-6266  L/M
/22/2010 12:22:14 NEW RMA : Account is on Dialer
/17/2010 15:32:13 ACT RMA : DIALER CALL
/11/2010 13:22:42 ACT RMA : LMOM DIALER CALL
/17/2010 12:12:43 ACT RMA : DIALER CALL
/27/2010 16:52:26 NEW RMA : DIALER CALL
/17/2010 16:22:15 NEWRMA : DIALER CALL
/07/2010 09:15:12 NEW RMA : LETTER SENT
```